1    **KRIS J. KRAUS**
California Bar No. 233699
2    FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3    San Diego, California  92101-5008
Telephone:  (619) 234-8467
4    Facsimile: (619) 687-2666
Kris_Kraus@fd.org
5

6    Attorneys for Defendant

7

8                          UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,            )   Case No.  08MJ8491
                                         )
11          Plaintiff,                    )
                                         )
12   v.                                   )   **NOTICE OF ATTORNEY APPEARANCE**
                                         )
13   ROBERTO FELIX-ROCHIN,                )
                                         )
14          Defendant.                    )
                                         )
15   _____  )

16          Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris

17   J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

18   above-captioned case.

19                                   Respectfully submitted,

20

21   Dated:  June 6, 2008              /s/ Kris J. Kraus
                                       **KRIS J. KRAUS**
22                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Defendant
23                                     Kris_Kraus@fd.org

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3    information and belief, and that  a copy of the foregoing document has been served this day upon:

4    U S Attorneys Office Southern District of California
     880 Front Street
5    Room 6293
     San Diego, CA 92101
6    (619)557-5610
     Fax: (619)557-5917
7    Email: Efile.dkt.gc2@usdoj.gov

8

9

10    DATED:  June 6, 2008                    */s/ Kris J. Kraus*
                                              **KRIS J. KRAUS**
11                                            Federal Defenders of San Diego, Inc.
                                              Kris_Kraus@fd.org
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2