1

2

3

4

**FILED**

JUN 1 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_         DEPUTY

5

6

7

8        UNITED STATES DISTRICT COURT

9        SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            )        Magistrate Case No. 08MJ8491
12 |                     Plaintiff,        )
13 |             v.                        )        FINDINGS OF FACT AND ORDER
   |                                       )        OF DETENTION
14 | Roberto FELIX-Rochin,                 )
15 |                     Defendant.        )
16 |                                       )

17        On the Court's own motion and in accordance with § 3142(f) of the Bail Reform Act of 1984

18 (18 U.S.C. § 3141 et seq.), a detention hearing was held on June 2, 2008, to determine whether

19 defendant Roberto FELIX-Rochin, should be held in custody pending trial on the grounds that he is a

20 flight risk.   Assistant U. S. Attorney John F. Weis, appeared on behalf of the United States. Diane

21 Regan, of Federal Defenders of San Diego, Inc., appeared on behalf of the Defendant.

22        Based on the evidence proffered by the United States and the Defendant, the pretrial services

23 officer, and the criminal complaint issued against the Defendant on June 2, 2008, by this Court, the

24 Court concludes that the following facts establish by a preponderance of the evidence that no condition

25 or combination of conditions will reasonably assure the appearance of the Defendant is required.

26 ///

27 ///

28 ///

I

FINDINGS OF FACT

A.    Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(G)(1)

      1.    The Defendant is charged in Criminal Complaint No. 08MJ8491 with Deported Alien Found in the United States, in violation of Title 8, United States Code, § 1326.    Therefore probable cause exists to believe the Defendant committed the charged offense.

B.    Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2):

      1.    On May 30, 2008,  U. S. Border Patrol Agent responded to a call from the Boulevard Border Patrol Station stating that a Toyota 4Runner Sports Utility Vehicle had loaded up with suspected illegal aliens.  BPA Barrientos encountered Defendant as one of the passengers in the Toyota 4Runner.  All individuals were determined to be in the U.S. illegally.

      2.    Record checks revealed that the Defendant had previously been deported. Defendant admitted to his prior deportation and criminal record.

C.    History and Characteristics of the Defendant (18 U.S.C. § 3142(G)(3)

      1.    The Defendant is a Citizen of Mexico.

      2.    The Defendant resides in Mexicali, Baja California, Mexico.

      3.    The Defendant has no immigration status to live in the United States. Furthermore, the Defendant was deported from the United States on February 14, 2008 through the San Ysidro Port of Entry.

D.    Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4)

      1.    The Defendant has the following criminal history:

        05/10/95 - Possession of Controlled Substance - Dismissed

        03/22/99 - 261(2) PC Rape by Force/fear/etc. - 8 years prison

II

REASONS FOR DETENTION

A.    There is probable cause to believe that the Defendant committed the offense charged in Criminal Complaint No. 08MJ8491, namely, Deported alien Found in the United States (Felony), in violation of Title 8, United States Code, § 1326.

1       B.      The Defendant faces a substantial period of time in custody if convicted of the offense

2 charged in the Complaint. He, therefore, has a strong motive to flee.

3       C.      Furthermore, the Defendant is a citizen of Mexico and has no legal right to live or work

4 in the United States. Bail is, therefore, impractical as defendant if released on bail would be taken into

5 immigration custody and remain in custody or would be deported and unavailable for further

6 proceedings before this Court.

7       D.      Based upon the Court's findings there is no condition or combination or conditions that

8 will reasonably assure the appearance of the Defendant as required.

9 III

10 ORDER

11      IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.

12      IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney

13 General or his designated representative for confinement in a corrections facility separate, to the extent

14 practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The

15 Defendant shall be afforded reasonable opportunity for private consultation with counsel.

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    While in custody, upon order of a court of the United States or upon the request of an attorney

2  for the United States, the person in charge of the correctional facility shall deliver the Defendant to the

3  United States Marshal for the purpose of an appearance in connection with a court proceeding or any

4  other appearance stipulated to by defense and government counsel.

5    THIS ORDER IS ENTERED WITHOUT PREJUDICE.

6    IT IS SO ORDERED.

7    DATED:    6-16-08    .

8

9

PETER C. LEWIS
10                                                UNITED STATES MAGISTRATE JUDGE

11  Prepared by:

12  KAREN P. HEWITT
United States Attorney
13

14

15  JOHN F. WEIS
Assistant U. S. Attorney
16

cc:   Diane Regan
17        Federal Defenders of San Diego, Inc.

18

19

20

21

22

23

24

25

26

27

28