**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Felix-Rochin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 08CR1902-WQH |
| Plaintiff, ) | |
| v. ) | MOTION FOR AN ORDER TO VIEW "A-FILE" AND GRANT PRODUCTION OF DISCOVERY |
| ROBERTO FELIX-ROCHIN, ) | |
| Defendant. ) | |

TO: KAREN HEWITT, UNITED STATES ATTORNEY; AND
DOUGLAS KEEHN, ASSISTANT UNITED STATES ATTORNEY:

Mr. Felix-Rochin respectfully requests an order granting the production of all documents discoverable, under Rule 16 of the Federal Rules of Criminal Procedure, contained in the Alien File(s) AKA "A-File" related to his case that is/are in the possession of the United States Attorney's Office. Mr. Felix-Rochin also requests that his counsel be allowed to inspect the "A-File(s)" at a time and place mutual agreeable to both counsel. The requested documents are necessary in the preparation for the filing of motions and preparation for trial.

Respectfully submitted,

DATED: JULY 1, 2008     */s/ Kris J. Kraus*
**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Felix-Rochin

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Douglas Keehn
United States Attorneys Office
880 Front Street
Room 6293
San Diego, CA 92101-8893
(619)557-7174
Email: douglas.keehn@usdoj.gov

Dated: July 1, 2008            /s/ Kris J. Kraus
                               KRIS J. KRAUS
                               Federal Defenders of San Diego, Inc
                               225 Broadway, Suite 900
                               San Diego, CA 92101-5030
                               (619) 234-8467 (tel)
                               (619) 687-2666 (fax)
                               e-mail: kris_kraus@fd.org