```
 1  KAREN P. HEWITT
     United States Attorney
 2  DOUGLAS KEEHN
     Assistant U.S. Attorney
 3  California State Bar No. 233686
     United States Attorney's Office
 4  Federal Office Building
     880 Front Street, Room 6293
 5  San Diego, California 92101-8893
     Telephone: (619) 557-6549
 6
     Attorneys for Plaintiff
 7  United States of America
```

| | | |
|---|---|---|
| 8 | | UNITED STATES DISTRICT COURT |
| 9 | | SOUTHERN DISTRICT OF CALIFORNIA |

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1902-WQH |
|  | ) |  |
| Plaintiff, | ) | Date:   July 21, 2008 |
|  | ) | Time:   2:00 p.m. |
| v. | ) | Court: The Hon. William Q. Hayes |
|  | ) |  |
| ROBERTO FELIX-ROCHIN, | ) | **APPLICATION FOR ORDER** |
|  | ) | **SHORTENING TIME** |
| Defendant. | ) |  |

NOW COMES plaintiff United States of America, by and through its counsel, U.S. Attorney Karen P. Hewitt and Assistant U.S. Attorney Douglas Keehn and hereby moves this Court for an order shortening time to allow the filing of the Government's Response and Opposition to Defendant's Motions to Compel Discovery, Preserve Evidence and Grant Leave to File Further Motions, and Government's Motions.

Application is respectfully made for the following reasons:

(1) Defendant's motion hearing is currently set for July 21, 2008 at 2:00 p.m.

(2) The undersigned, in error, calendared filing of the Government's Response and Motions for today's date.

(3) The undersigned has advised opposing counsel of this Application, and has provided counsel with the Proposed Order under separate cover, pursuant to Local Rules and Electronic Case Filing Policies and Procedures.

//

//

| | |
|---|---|
| 1 | DATED: July 16, 2008 |
| 2 | Respectfully submitted, |
| 3 | KAREN P. HEWITT<br>United States Attorney |
| 5 | /s/ **_Douglas Keehn_** |
| 6 | DOUGLAS KEEHN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO FELIX-ROCHIN,<br><br>Defendant. | Criminal Case No. 08CR1902-WQH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Douglas Keehn, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **APPLICATION FOR ORDER SHORTENING TIME** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kris J. Kraus
Federal Defenders of San Diego, Inc.
Kris_Kraus@fd.org

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008.

/s/ *Douglas Keehn*
DOUGLAS KEEHN

3